**WO** JWB

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Jeff Drury, | ) | No. CV 06-0200-PHX-SMM (JRI) |
| Plaintiff, | ) | **ORDER FOR PAYMENT** |
| vs. | ) | **OF INMATE FILING FEE** |
| Joseph Arpaio, et al., | ) | |
| Defendants. | ) | |

**TO: MARICOPA COUNTY SHERIFF JOSEPH M. ARPAIO.**

Plaintiff Jeff Drury, P124113, presently confined in the Lower Buckeye Jail, Arizona, has been assessed a $250.00 filing fee. Plaintiff must first pay a $25.00 initial partial filing fee. Thereafter, Plaintiff must incrementally pay the balance of the fee in monthly payments, equal to 20% of the preceding month's income, which must be collected each time the amount in the account exceeds $10.00. The Maricopa County Sheriff or his designee must collect these fees.

**IT IS ORDERED:**

(1) The Maricopa County Sheriff or his designee must forward to the Clerk of Court the $25.00 initial fee. The balance of the $250.00 filing fee must be collected from Plaintiff's trust account in monthly payments that are equal to 20 percent of the preceding month's income credited to Plaintiff's trust account. Payments must be forwarded to the Clerk of the

1 Court each time the amount in the account exceeds $10.00. The payments must be clearly
2 identified by the name and number assigned to this action.

3    (2) The Maricopa County Sheriff or his designee must notify the Clerk of the Court
4 in writing when Plaintiff is released or transferred to a correctional institution other than in
5 the Maricopa County Jail system, so new billing arrangements may be made to collect any
6 outstanding balance.

7    (3) The Clerk of Court must serve by mail a copy of this Order on Maricopa County
8 Sheriff's Office Inmate Legal Services, 201 S. Fourth Avenue, Phoenix, Arizona, 85003.

9    (4) The Clerk of Court must serve by mail a copy of this Order on Richard Stewart,
10 Lead Counsel, Litigation Section, Maricopa County Attorney's Office, Division of County
11 Counsel, 222 N. Central Avenue, Suite 1100, Phoenix, Arizona, 85004.

12    (5) The Clerk of Court must forward a copy of this Order to Financial Administration
13 for the Phoenix Division of the U.S. District Court for the District of Arizona. Financial
14 Administration must set up an account to receive payments on the filing fee for this action
15 and must notify the Court when the filing fee is paid in full.

16    DATED this 15th day of June, 2006.

_____
Stephen M. McNamee
United States District Judge